Certificate Number: 05781-VAE-DE-041289323

Bankruptcy Case Number: 26-50756



05781-VAE-DE-041289323

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 5, 2026, at 2:30 o'clock AM PDT, Belinda Jackson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   August 5, 2026            By:    /s/Allison M Geving

Name:  Allison M Geving

Title:   President